**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-60-DLB**

**DIMITRI S. WOLF, a/k/a IOKEPA KENNETH KIPI**                    **PLAINTIFF**

**v.**                                    **JUDGMENT**

**COOKIE CREWS, et al.**                                **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

it is **ORDERED** and **ADJUDGED** as follows:

1.      The complaint, (Doc. # 1), is **DISMISSED** without prejudice.

2.      This matter is **STRICKEN** from the docket.

This 20th day of April, 2026.



Signed By:

David L. Bunning

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Wolf 0-26-60 Judgment.docx